

## NUMBER 13-19-00056-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

JOSIE PEREZ,                                            **Appellant,**

## v.

BRADFORD'S ALL AMERICAN
AND BRADFORD TAYLOR,                          **Appellees.**

---

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Tijerina**

Appellant, Josie Perez, filed an appeal from a judgment entered by the County

Court at Law No. 2 of Nueces County, Texas, in cause number 2016CCV-62221-2.

Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties

have reached a full and final settlement of all matters. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JAIME TIJERINA,
Justice

Delivered and filed the
19th day of September, 2019.

2